**In the Matter of Mary Harp SHAN-KLES, doing business as Red River Reporter, Debtor.**

---

**Mark Asher Weisbart, U.S. Trustee; Hynds & Gordon, P.C.; David N. McNees, doing business as Law Office of David N. McNees, Appellees**

v.

**Mary Harp Shankles, doing business as Red River Reporter, Appellant.**

**No. 13–40387.**

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2014.

Gary Alan Armstrong, Armstrong, Kel-lett & Bartholow, P.C., Charles Thomas Frazier, Jr., Esq., Alexander Dubose & Townsend, L.L.P., Dallas, TX, for Appel-lees.

John Paul Lewis, Jr., Esq., Dallas, TX, for Appellant.

Before STEWART, Chief Judge, and GARZA and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Because we agree with the bankruptcy court that Mary Harp Shankles obtained a "vested economic interest" in her home-stead property only by the 2009 distribu-tion deed, we affirm. *Wallace v. Rogers (In re Rogers)*, 513 F.3d 212, 223 (5th Cir.2008). We further agree with the bankruptcy court that any relevant prior deeds, conveyances, or agreements were rendered null and void *ab initio*, and that parties cannot contract around the 11

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 522(p)(1) 1,215–day "look-back" period.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.